**Order entered September 30, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00773-CV

## IN THE INTEREST OF R.R. AND J.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-02361-R**

## ORDER

Before the Court is court reporter Tanner Joy Feast's September 25, 2014 request for additional time to file the record and request to strike the incomplete reporter's record previously filed by deputy reporter Kendra Thibodeaux. We **GRANT** the motion and **STRIKE** the reporter's record filed August 26, 2014 by Kendra Thibodeaux. We **ORDER** Tanner Joy Feast to file the complete record no later than October 27, 2014.

/s/    CRAIG STODDART
       JUSTICE